IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:25-cv-00874-O |
| CARLOS CHING D/B/A H3 MEDICAL CLINIC, LLC, | § § § § | |
| *Defendant.* | § | |

**APPENDIX TO DEFENDANT'S
MOTION TO DISMISS AND BRIEF IN SUPPORT**

COMES NOW Defendant Carlos Ching d/b/a H3 Medical Clinic, LLC ("Ching") and files this his appendix to his Motion to Dismiss and Brief in Support.

| **Ex.** | **Description** | **APP. Range** |
|---|---|---|
| 1 | Declaration of Carlos Ching | 001-002 |

Respectfully submitted,

*/s/ Jordan M. Parker*
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com

CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone
(817) 877-2807  Facsimile

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I certify that on August 20, 2025, a true and correct copy of the foregoing was served on counsel for all parties via CM/ECF filing and via email.

*/s/ Michael Ackerman*
Michael Ackerman