**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:25-CV-00874-O** |
| | § | |
| **CARLOS CHING D/B/A H3 MEDICAL** | § | |
| **CLINIC, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Legacy Medical Consultants, LP ("Legacy"), by and through its undesigned counsel Blank Rome LLP, respectfully moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4), allowing Legacy to file a First Amended Complaint in the form attached hereto as **Exhibit 1**. The proposed First Amended Complaint adds John Groff ("Groff") as a defendant, in his individual capacity, provides additional factual background related to Groff's potential execution of the contract at issue in this case, and assert breach of contract, quantum meruit, promissory estoppel, and unjust enrichment claims, as well as a suit on sworn account, against him. Legacy relies on the accompanying brief in support of this Motion.

1

Date: February 20, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Audrey F. Momanaee
Federal Bar No. 724132
Texas Bar No. 24055993
Gregory J. Moore (*pro hac vice*)
Texas Bar No. 24055999
717 Texas Avenue,
Suite 1400
Houston, TX 77002
713.632.8613
Audrey.Momanaee@BlankRome.com
Gregory.Moore@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, #1000
Dallas, Texas 75201
(972) 850-1467
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(h), I certify that on February 18 and 19, 2026, counsel for Plaintiff conferred with counsel for Defendant regarding the relief sought in this Motion. Defendant is opposed.

*/s/ Megan A. Altobelli*
MEGAN A. ALTOBELLI

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 20, 2026, true and correct copies of the foregoing Motion for Leave to File Amended Complaint was electronically served upon all counsel of record via the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2).

*/s/ Megan A. Altobelli*
MEGAN A. ALTOBELLI