**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Case No. 4:25-CV-00874-O** |
| **CARLOS CHING D/B/A H3 MEDICAL CLINIC, LLC,** | § § § | |
| **Defendant.** | § § § | |

**[PROPOSED] ORDER**

Now, this _____ day of _____, 2026, upon consideration of Plaintiff Legacy Medical Consultants, LP's Motion for Leave to File a First Amended Complaint, the supporting briefing, and any response or opposition thereto, and for good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that, in accordance with Local Civil Rule 15.1(b), the clerk will file a copy of the First Amended Complaint, which is attached to the Motion as **Exhibit 1**.

BY THE COURT:

_____
Honorable Reed O'Connor
Chief United States District Judge