IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00874-O |
| | § | |
| CARLOS CHING D/B/A H3 MEDICAL | § | |
| CLINIC, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

| Exhibit | | Description | APP. Page Nos. |
|---|---|---|---|
| **1** | | **Declaration of John Groff** | 001-003 |
| | 1-A | November 7, 2023 Customer Onboarding Document and Purchase Agreement | 004-007 |
| | 1-B | Legacy's Invoices | 008-044 |
| | 1-C | February 26, 2024 Email from Legacy | 045-046 |
| | 1-D | April 1, 2024 Email from Legacy with March 30, 2024 Onboarding Document and Purchase Agreement Attached | 047-051 |
| | 1-E | April 25, 2024 Email from Legacy re: Accounts Receivable | 052-054 |
| | 1-F | May 28, 2024 Email from legacy re: Microsoft Teams Meeting | 055 |
| | 1-G | July 22, 2024 Email from Legacy's Counsel Demanding Payment, with Attachments | 056-089 |
| **2** | | **Declaration of Michael Ackerman** | 090-091 |
| | 2-A | Ching's September 12, 2025 Initial Disclosures | 092-096 |
| | 2-B | Ching's December 15, 2025 Objections and Responses to Plaintiff's First Set of Interrogatories | 097-104 |
| | 2-C | Ching's December 15, 2025 Objections and Responses to Plaintiff's First Set of Requests for Admission | 105-110 |

Respectfully submitted,

*/s/ Jordan M. Parker*
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com

CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone
(817) 877-2807  Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, a true and correct of the foregoing document was served on counsel of record via ECF.

*/s/ Michael Ackerman*
Michael Ackerman