## UNSWORN DECLARATION OF JOHN GROFF

STATE OF ARIZONA                          §
                                          §
COUNTY OF *Maricopa*                       §

Pursuant to 28 U.S.C. Section 1746, I hereby declare as follows:

1.      "My name is John Groff. I have never been convicted of a felony or a crime of moral turpitude, and I am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2.      I was an employee of H3 Medical Clinic, LLC ("H3") from around November 2023 until the April/May 2024 timeframe. My role was centered around business development. While employed by H3, I served in a purely administrative role. I have never been an owner of H3. As part of my job at H3, I executed contracts on H3's behalf.

3.      On or about November 7, 2023, I executed, on behalf of H3, an agreement (the "Agreement") for the purchase of certain medical products from Legacy Medical Consultants, LP ("Legacy"). The Agreement was a form drafted by Legacy with blanks that could be filled in. When I filled out the Agreement, I saw no space in the form for the entry of H3's name. In addition to the Agreement, Legacy required me to execute a Customer Onboarding Document, another form drafted by Legacy. I filled out the Customer Onboarding Document simultaneously with the Agreement and submitted the two documents to Legacy together. In the blank for "Tax ID #," I provided H3's IRS-issued Employer Identification Number ("EIN"), not Carlos Ching's social security number or any other identification number assigned to Ching in his individual capacity. A true and correct copy of the Customer Onboarding Document and Agreement is attached to this declaration as **Exhibit 1-A.**

UNSWORN DECLARATION OF JOHN GROFF                                        Page 1

**EXHIBIT**

**1**

APP. 001

4.      I have never been a medical provider.  I have no medical license or practice in which I could use or profit from the products provided by Legacy.  I did not personally receive or benefit from any of the products provided by Legacy.

5.      Legacy shipped its products in containers addressed to H3. Legacy sent invoices to H3.  True and correct copies of invoices H3 received from Legacy are attached to this declaration as **Exhibit 1-B.**

6.      Throughout H3 and Legacy's business relationship, I received—on behalf of H3— various emails from Legacy's employees.  A true and correct copy of an email I received in February 2024 from Alex Poulemanos ("Poulemanos") is attached to this declaration as **Exhibit 1-C.**

7.      Around March 30, 2024, I signed—on behalf of H3—a second Customer Onboarding Document and a second agreement with Legacy.  A true and correct copy of an email I received from Legacy employee Nichole Infinger, with true and correct copies of the second Customer Onboarding document and second agreement attached, is attached to this declaration as **Exhibit 1-D.**

8.      A true and correct copy of an email I received in April 2024 from Poulemanos is attached to this declaration as **Exhibit 1-E.**

9.      A true and correct copy of a Microsoft Teams meeting invitation I received from Poulemanos in May 2024 is attached to this declaration as **Exhibit 1-F.**

10.     A true and correct copy of an email I received from a law firm representing Legacy in July 2024, as well as true and correct copies of the attachments to such email, are attached to this declaration as **Exhibit 1-G**.

11.     I declare under penalty of perjury that the foregoing is true and correct.

UNSWORN DECLARATION OF JOHN GROFF                                                      Page 2

APP. 003

EXECUTED this 28 day of February, 2026.

John Groff