# Customer Onboarding Document

**LEGACY MEDICAL**
CONSULTANTS

Distributor: Alex Poulemanos
Name: _____
Email: _____
Cell: _____

## Customer Information

PROVIDER NAME: Carlos A. Ching                    Tax ID #: **REDACTED**

PRACTICE NAME: H3 Medical Clinic LLC

SHIP TO ADDRESS: 1520 West Sunrise Drive    City Phoenix    State Arizona Zip 85041

CONTACT NAME: John Groff

CONTACT PHONE: 602-723-2126

TELEPHONE: 725-241-6969

FAX: 949-695-3641

EMAIL: John.Groff@H3Medicalclinic.com

HOW DO YOU BILL?    Individual NPI #: 1417543117    Group NPI #: 1457036592

BILL TO ADDRESS: 1520 West Sunrise Drive    City Phoenix    State Arizona Zip 85041

AP CONTACT NAME: Logan walker

AP PHONE: 928-201-6554

AP EMAIL: Logan.Walker@H3Medicalclinic.com

| CLAIMS PROCESSOR INFORMATION | | |
|---|---|---|
| CONTACT NAME: | EMAIL: | TELEPHONE: |

Fax Form to (866) 300-0431 or email to NewCustomer@LegacyMedicalConsultants.com

LMC_COD Rev 09.1.2023
Page 1 of 4

**EXHIBIT**

**1-A**

exhibitsticker.com

H3_0000038

APP. 004

# Purchase Agreement

**LEGACY MEDICAL**
CONSULTANTS

This Purchase Agreement (the "Agreement") is entered into as of this ____07th____ day of ___November___, 20_2023_ (the "Effective Date") between Legacy Medical Consultants and

Provider Name: Carlos A. Ching

Office Address: 1520 West Sunrise Dr.

Phoenix, Arizona 85041

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

H3_0000039
APP. 005



## Purchase Agreement

Executed as of the Effective Date.

**Legacy Medical Consultants**

Staff Signature:
> DocuSigned by:
> *Amy Bolling*
> Signer Name: Amy Bolling
> Signing Reason: I approve this document
> Signing Time: 11/8/2023 | 7:13:27 AM PST
> 231F56318E614C4FB266F565CEF63205

Staff Name (printed): Amy Bolling

**Customer**

Customer Signature:
> DocuSigned by:
> *John Groff*
> Signer Name: John Groff
> Signing Reason: I approve this document
> Signing Time: 11/7/2023 | 12:42:45 PM PST
> 05210AB5BEB84094A305570E27B10392

Customer Name (printed): John Groff

LMC_COD Rev 10.01.2023
Page 3|4

H3_0000040
APP. 006



# Schedule A
## Effective 10/1/2023

### Legacy Medical Consultants, LP -- Products and Prices

|  | Part Number | Description | Invoice Price |
|---|---|---|---|
| **IMPAX MEMBRANE** | IMP-0202 | Impax 2x2cm (Q4262) | $2,415.17 |
| | IMP-0203 | Impax 2x3cm (Q4262) | $3,622.75 |
| | IMP-0404 | Impax 4x4cm (Q4262) | $9,660.67 |
| | IMP-0406 | Impax 4x6cm (Q4262) | $14,491.01 |
| | IMP-0408 | Impax 4x8cm (Q4262) | $19,321.34 |

**H3_0000041**
APP. 007