**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



LEGACY MEDICAL
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 60779 |
| **Invoice Date:** | 01/23/24 |
| **Amount Due:** | $0.00 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|----------|-------------|
| 03/23/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|------|-------------|----------|-------|--------|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 11, 2028 SN(s): SG23BT6064-0011; SG23BT6064-0013;  - Note: AB DOS 1/26/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161773719 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $8,430.84 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**EXHIBIT**

**1-B**

**H3_0000001**

APP. 008

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| Invoice #: | 60780 |
|---|---|
| Invoice Date: | 01/23/24 |
| Amount Due: | $0.00 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 03/23/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Nov 28, 2028 SN(s): SG23BT8193-0006;  - Note: AB DOS 1/26/24  ExpDate: Oct 29, 2028 SN(s): SG23BT7420-0006; SG23BT7395-0005; SG23BT7395-0003; SG23BT7395-0004; SG23BT7360-0005; SG23BT7360-0006; SG23BT7360-0004; SG23BT7360-0003; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161773719 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $202,340.16 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000002**

APP. 009

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| | |
|---|---|
| **Invoice #:** | 60783 |
| **Invoice Date:** | 01/23/24 |
| **Amount Due:** | $0.00 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 03/23/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Nov 20, 2028 SN(s): SG23BT8024-0005; SG23BT8024-0004;  - Note: JE DOS 1/26/24  ExpDate: Oct 29, 2028 SN(s): SG23BT7362-0004; SG23BT7362-0005; SG23BT7362-0003; SG23BT7420-0003; SG23BT7420-0004; SG23BT7420-0005; SG23BT7420-0007; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161773719 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $202,340.16 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000003**

APP. 010

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 61210 |
| **Invoice Date:** | 01/29/24 |
| **Amount Due:** | $0.00 |

| **Bill To:** |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| Due Date | Ship Method |
|---|---|
| 03/29/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Oct 2, 2028 SN(s): SG23BT6659-0009; SG23BT6662-0016;  - Note: AB DOS: 2/1/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80162552385 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $8,430.84 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000004**

APP. 011

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| | |
|---|---|
| **Invoice #:** | 61211 |
| **Invoice Date:** | 01/29/24 |
| **Amount Due:** | $202,340.16 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 03/29/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Oct 25, 2028 SN(s): SG23BT7233-0010;  - Note: AB DOS: 2/1/24  ExpDate: Oct 31, 2028 SN(s): SG23BT7457-0010; SG23BT7457-0009;   ExpDate: Oct 19, 2028 SN(s): SG23BT7067-0003; SG23BT7100-0010; ExpDate: Oct 24, 2028 SN(s): SG23BT7239-0004; SG23BT7239-0003; SG23BT7239-0008; SG23BT7239-0007; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80162552385 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000005**

APP. 012

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



LEGACY MEDICAL
C O N S U L T A N T S

| Invoice #: | 61212 |
|---|---|
| **Invoice Date:** | 01/29/24 |
| **Amount Due:** | $0.00 |

| Bill To: |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| Due Date | Ship Method |
|---|---|
| 03/29/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 1, 2028 SN(s): SG23BT5863-0016; SG23BT5863-0017;  - Note: JE DOS: 2/1/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80162552385 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $8,430.84 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000006**

APP. 013

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| | |
|---|---|
| **Invoice #:** | 61213 |
| **Invoice Date:** | 01/29/24 |
| **Amount Due:** | $17,340.16 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 03/29/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Nov 17, 2028 SN(s): SG23BT7845-0011; SG23BT7845-0010; SG23BT7845-0009; SG23BT7845-0008;  - Note: JE DOS: 2/1/24 ExpDate: Nov 26, 2028 SN(s): SG23BT8141-0003; SG23BT8145-0007; SG23BT8145-0006; SG23BT8145-0005; SG23BT8145-0004; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80162552385 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $185,000.00 |
| **Amount Due:** | $17,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000007**

APP. 014

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 62046 |
| **Invoice Date:** | 02/05/24 |
| **Amount Due:** | $0.00 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 04/05/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea) ExpDate: Aug 31, 2028 SN(s): SG23BT5859-0015; - Note: JE DOS: 2/8/24 ExpDate: Aug 12, 2028 SN(s): SG23BT5157-0011; | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $8,430.84 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000008**

APP. 015

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 62047 |
| **Invoice Date:** | 02/05/24 |
| **Amount Due:** | $202,340.16 |

| **Bill To:** | **Ship To:** |
|---|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America | H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/05/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 10, 2028 SN(s): SG23BT5077-0006; SG23BT5077-0005; SG23BT5088-0003; SG23BT5088-0005; SG23BT5088-0006; SG23BT5101-0003; SG23BT5101-0004; SG23BT5101-0005; SG23BT5101-0007;  - Note: JE DOS: 2/8/24 | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000009**

APP. 016

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

## INVOICE



LEGACY MEDICAL
C O N S U L T A N T S

| Invoice #: | 62048 |
|---|---|
| Invoice Date: | 02/05/24 |
| Amount Due: | $8,430.84 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/05/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Aug 31, 2028 SN(s): SG23BT5859-0014; SG23BT5859-0016;  - Note: AB DOS: 2/8/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Total: | $8,430.84 |
| Payments: | $0.00 |
| Amount Due: | $8,430.84 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000010**

APP. 017

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 62049 |
|---|---|
| Invoice Date: | 02/05/24 |
| Amount Due: | $202,340.16 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/05/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 10, 2028 SN(s): SG23BT5077-0004; SG23BT5077-0003;  - Note: AB DOS: 2/8/24  ExpDate: Aug 7, 2028 SN(s): SG23BT5034-0003; SG23BT5040-0005; SG23BT5040-0006; SG23BT5040-0007; SG23BT5040-0008; SG23BT5040-0009; SG23BT5046-0003; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Total: | $202,340.16 |
| Payments: | $0.00 |
| Amount Due: | $202,340.16 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000011**

APP. 018

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| Invoice #: | 62850 |
|---|---|
| Invoice Date: | 02/09/24 |
| Amount Due: | $8,430.84 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/09/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 19, 2028 SN(s): SG23BT6201-0010; SG23BT6201-0009;  - Note: AB DOS: 2/15/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Total: | $8,430.84 |
| Payments: | $0.00 |
| Amount Due: | $8,430.84 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000012**

APP. 019

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 62851 |
| Invoice Date: | 02/09/24 |
| **Amount Due:** | **$202,340.16** |

| **Bill To:** |
| --- |
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| **Ship To:** |
| --- |
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
| --- | --- |
| 04/09/24 | UPS |

| Item | Description | Quantity | Price | Amount |
| --- | --- | --- | --- | --- |
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 6, 2028 SN(s): SG23BT4977-0003; SG23BT4977-0004; SG23BT4977-0005; SG23BT4977-0006; SG23BT4977-0007; SG23BT4977-0008; SG23BT4977-0009; SG23BT4909-0003; SG23BT4909-0004;  - Note: AB DOS: 2/15/24 | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
| --- | --- |
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000013**

APP. 020

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



LEGACY MEDICAL
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 62852 |
| **Invoice Date:** | 02/09/24 |
| **Amount Due:** | $8,430.84 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 04/09/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 19, 2028 SN(s): SG23BT6201-0012; SG23BT6201-0011;  - Note: JE DOS: 2/15/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $0.00 |
| **Amount Due:** | $8,430.84 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000014**

APP. 021

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 62853 |
| **Invoice Date:** | 02/09/24 |
| **Amount Due:** | $202,340.16 |

| **Bill To:** | **Ship To:** |
|---|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America | H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/09/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 13, 2028 SN(s): SG23BT5149-0006; SG23BT5149-0004;  - Note: JE DOS: 2/15/24  ExpDate: Aug 9, 2028 SN(s): SG23BT5084-0008; SG23BT5084-0007; SG23BT5084-0006;   ExpDate: Aug 6, 2028 SN(s): SG23BT4909-0005; SG23BT4909-0006; SG23BT4909-0007; SG23BT4909-0008; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000015**

APP. 022

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 63787 |
| **Invoice Date:** | 02/19/24 |
| **Amount Due:** | $8,430.84 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 04/19/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jul 20, 2028 SN(s): SG23BT4473-0014; SG23BT4473-0012;  - Note: AB DOS: 02/22/2024 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $0.00 |
| **Amount Due:** | $8,430.84 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000016**

APP. 023

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 63788 |
| **Invoice Date:** | 02/19/24 |
| **Amount Due:** | $202,340.16 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/19/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 11, 2028 SN(s): SG23BT5734-0006;  - Note: AB DOS: 02/22/2024  ExpDate: Oct 20, 2028 SN(s): SG23BT7130-0005;   ExpDate: Sep 17, 2028 SN(s): SG23BT6162-0004; SG23BT6162-0005; SG23BT6162-0006; ExpDate: Mar 20, 2028 SN(s): SG23BT1613-0006; SG23BT1631-0004; SG23BT1631-0003; SG23BT1613-0009; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000017**

APP. 024

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 63789 |
|---|---|
| Invoice Date: | 02/19/24 |
| Amount Due: | $8,430.84 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/19/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jul 20, 2028 SN(s): SG23BT4473-0018; SG23BT4420-0016;  - Note: JE DOS: 02/22/2024 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Total: | $8,430.84 |
| Payments: | $0.00 |
| Amount Due: | $8,430.84 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000018**

APP. 025

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 63790 |
|---|---|
| Invoice Date: | 02/19/24 |
| Amount Due: | $202,340.16 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/19/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 10, 2028 SN(s): SG23BT5741-0003; SG23BT5741-0007;  - Note: JE DOS: 02/22/2024  ExpDate: Sep 16, 2028 SN(s): SG23BT6520-0005; SG23BT6520-0006; SG23BT6519-0005; SG23BT6519-0003; SG23BT6519-0004; SG23BT6520-0008; SG23BT6520-0007; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Total: | $202,340.16 |
| Payments: | $0.00 |
| Amount Due: | $202,340.16 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000019**

APP. 026

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 64704 |
|---|---|
| Invoice Date: | 02/26/24 |
| **Amount Due:** | **$8,430.84** |

| **Bill To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/26/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jul 14, 2028 SN(s): SG23BT3967-0018; SG23BT3967-0019;  - Note: AB DOS: 2/29/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163520210 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $0.00 |
| **Amount Due:** | $8,430.84 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000020**

APP. 027

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 64705 |
|---|---|
| Invoice Date: | 02/26/24 |
| Amount Due: | $202,340.16 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/26/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 6, 2028 SN(s): SG24BT0072-0004; SG24BT0043-0005; SG24BT0043-0006;  -Note: AB DOS: 2/29/24  ExpDate: Nov 24, 2028 SN(s): SG23BT8025-0006; SG23BT8068-0003; SG23BT8068-0004; SG23BT8068-0005; SG23BT8068-0006; SG23BT8068-0007; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163520210 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000021**

APP. 028

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
CONSULTANTS

| | |
|---|---|
| **Invoice #:** | 64706 |
| **Invoice Date:** | 02/26/24 |
| **Amount Due:** | $202,340.16 |

| **Bill To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 04/26/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 2, 2028 SN(s): SG23BT8243-0003;  - Note: JE DOS: 2/29/24  ExpDate: Nov 24, 2028 SN(s): SG23BT8025-0007; SG23BT8150-0003; SG23BT8150-0004; SG23BT8150-0005; SG23BT8150-0006; SG23BT8025-0003; SG23BT8025-0004; SG23BT8025-0005; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163520210 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000022**

APP. 029

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| | |
|---|---|
| **Invoice #:** | 65513 |
| **Invoice Date:** | 03/04/24 |
| **Amount Due:** | $8,430.84 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 05/03/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jun 17, 2028 SN(s): SG23BT3480-0011; SG23BT3480-0012;  - Note: AB DOS: 3/7/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161215670 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $0.00 |
| **Amount Due:** | $8,430.84 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000023**

APP. 030

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 65514 |
| **Invoice Date:** | 03/04/24 |
| **Amount Due:** | $202,340.16 |

| **Bill To:** |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/03/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Oct 15, 2028 SN(s): SG23BT6982-0006;  - Note: AB DOS: 3/7/24  ExpDate: Oct 11, 2028 SN(s): SG23BT6845-0003; SG23BT6845-0004;   ExpDate: Oct 18, 2028 SN(s): SG23BT7072-0005; SG23BT7072-0006; SG23BT7072-0007; SG23BT7088-0007; SG23BT7088-0008; SG23BT7088-0009; | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161215670 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000024**

APP. 031

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 65515 |
| **Invoice Date:** | 03/04/24 |
| **Amount Due:** | $202,340.16 |

| **Bill To:** | **Ship To:** |
|---|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America | H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/03/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Oct 15, 2028 SN(s): SG23BT6983-0003; SG23BT6983-0004; SG23BT6983-0005; SG23BT6983-0006; SG23BT6983-0007; SG23BT6983-0008; SG23BT6982-0003; SG23BT6982-0004; SG23BT6982-0005;  - Note: JE DOS: 3/7/24 | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161215670 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000025**

APP. 032

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| | |
|---|---|
| **Invoice #:** | 66179 |
| **Invoice Date:** | 03/11/24 |
| **Amount Due:** | $202,340.16 |

| **Bill To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/10/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 6, 2028 SN(s): SG24BT0061-0003; SG24BT0061-0004; SG24BT0061-0005; SG24BT0061-0006; SG24BT0061-0007; SG24BT0061-0008; SG24BT0061-0009; SG24BT0061-0010; SG24BT0058-0007;  - Note: AB DOS: 3/14/24 | 9 | $22,482.24 | $202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80167054968 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $202,340.16 |
| **Payments:** | $0.00 |
| **Amount Due:** | $202,340.16 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000026**

APP. 033

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 66180 |
| **Invoice Date:** | 03/11/24 |
| **Amount Due:** | $179,857.92 |

| **Bill To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/10/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Nov 11, 2028 SN(s): SG23BT7753-0004; SG23BT7753-0005; SG23BT7753-0006;  - Note: JE DOS: 3/14/24  ExpDate: Dec 6, 2028 SN(s): SG24BT0043-0008; SG24BT0043-0003; SG24BT0064-0003; SG24BT0064-0004; SG24BT0064-0005; | 8 | $22,482.24 | $179,857.92 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80167054968 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $179,857.92 |
| **Payments:** | $0.00 |
| **Amount Due:** | $179,857.92 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000027**

APP. 034

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 66552 |
|---|---|
| Invoice Date: | 03/12/24 |
| **Amount Due:** | **$67,446.72** |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/11/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 16, 2028 SN(s): 230929-0015; 230975-0011; 230975-0013;  - Note: KS DOS: 3/14/24 | 3 | $22,482.24 | $67,446.72 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169321344 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $67,446.72 |
| **Payments:** | $0.00 |
| **Amount Due:** | $67,446.72 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000028**

APP. 035

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 60781 |
| **Invoice Date:** | 01/23/24 |
| **Amount Due:** | $0.00 |

| **Bill To:** |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| **Ship To:** |
|---|
| H3 Medical Clinic |
| ATTN: Carlos Ching |
| 1520 W Sunrise Dr |
| Phoenix, Arizona 85041 |
| United States Of America |

| Due Date | Ship Method |
|---|---|
| 03/23/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 11, 2028 SN(s): SG23BT6064-0009; SG23BT6064-0010;  - Note: JE DOS 1/26/24 | 2 | $4,215.42 | $8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161773719 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $8,430.84 |
| **Payments:** | $8,430.84 |
| **Amount Due:** | $0.00 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000029**

APP. 036

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



LEGACY MEDICAL
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 67200 |
| **Invoice Date:** | 03/18/24 |
| **Amount Due:** | $179,857.92 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 05/17/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Nov 17, 2028 SN(s): 230921-0020; - Note: JE DOS 3/21/24  ExpDate: Dec 31, 2028 SN(s): 231059-0031; 231059-0032; 231059-0025;  ExpDate: Jan 5, 2029 SN(s): 230819-0014; 231175-0015; 231175-0016; 231071-0027; | 8 | $22,482.24 | $179,857.92 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80168644337 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $179,857.92 |
| **Payments:** | $0.00 |
| **Amount Due:** | $179,857.92 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000030**

APP. 037

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 67201 |
|---|---|
| Invoice Date: | 03/18/24 |
| Amount Due: | $67,446.72 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/17/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 5, 2029 SN(s): 230819-0015; 230819-0013; 230819-0011;  - Note: KS DOS 3/21/24 | 3 | $22,482.24 | $67,446.72 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80168644337 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Total: | $67,446.72 |
| Payments: | $0.00 |
| Amount Due: | $67,446.72 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000031**

APP. 038

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| | |
|---|---|
| **Invoice #:** | 67370 |
| **Invoice Date:** | 03/20/24 |
| **Amount Due:** | $67,446.72 |

| **Bill To:** | **Ship To:** |
|---|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America | H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/19/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Sep 6, 2028 SN(s): SG23BT5983-0008; SG23BT5983-0009; SG23BT5983-0010;  -  Note: KS DOS: 3/22/24 | 3 | $22,482.24 | $67,446.72 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80167504918 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $67,446.72 |
| **Payments:** | $0.00 |
| **Amount Due:** | $67,446.72 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000032**

APP. 039

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 67913 |
|---|---|
| **Invoice Date:** | 03/25/24 |
| **Amount Due:** | $179,857.92 |

| Bill To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Ship To: |
|---|
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
|---|---|
| 05/24/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 9, 2029 SN(s): PTT-23-5126-0020; PTT-23-5126-0024; PTT-23-5126-0021;  - Note: JE DOS: 3/28/24  ExpDate: Jan 15, 2029 SN(s): PTT-23-5401-0019; PTT-23-5401-0017; PTT-23-5349-0020; PTT-23-5349-0022; PTT-23-5349-0023; | 8 | $22,482.24 | $179,857.92 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10140235282 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $179,857.92 |
| **Payments:** | $0.00 |
| **Amount Due:** | $179,857.92 |

We appreciate you trusting us with your business.

Questions? . . .

CustomerService@LegacyMedicalConsultants.com

Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000033**

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 67914 |
| **Invoice Date:** | 03/25/24 |
| **Amount Due:** | $22,482.24 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 05/24/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 9, 2029 SN(s): PTT-23-5126-0019;  - Note: KS DOS: 3/29/24 | 1 | $22,482.24 | $22,482.24 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10140235282 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $22,482.24 |
| **Payments:** | $0.00 |
| **Amount Due:** | $22,482.24 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000034**

APP. 041

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 67915 |
| **Invoice Date:** | 03/25/24 |
| **Amount Due:** | $44,964.48 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 05/24/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 15, 2029 SN(s): PTT-23-5401-0012; PTT-23-5401-0013;  - Note: KS DOS: 3/28/24 | 2 | $22,482.24 | $44,964.48 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10140235282 (UOM = ea) | 1 | $0.00 | $0.00 |

| | |
|---|---|
| **Total:** | $44,964.48 |
| **Payments:** | $0.00 |
| **Amount Due:** | $44,964.48 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000035**

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

# INVOICE



| Invoice #: | 68717 |
| --- | --- |
| **Invoice Date:** | 04/01/24 |
| **Amount Due:** | $6,462.04 |

| **Bill To:** |
| --- |
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| **Ship To:** |
| --- |
| H3 Medical Clinic<br>ATTN: Carlos Ching<br>1520 W Sunrise Dr<br>Phoenix, Arizona 85041<br>United States Of America |

| Due Date | Ship Method |
| --- | --- |
| 05/31/24 | UPS |

| Item | Description | Quantity | Price | Amount |
| --- | --- | --- | --- | --- |
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 31, 2025 SN(s): 230702-002;  - Note: KS DOS: 4/4/24 | 1 | $6,462.04 | $6,462.04 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10141171358 (UOM = ea) | 1 | $0.00 | $0.00 |

Edited invoice rate to reflect a 67% IMP-PA price. (AF 4/4/24)

| Total: | $6,462.04 |
| --- | --- |
| **Payments:** | $0.00 |
| **Amount Due:** | $6,462.04 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000036**

APP. 043

**Legacy Medical Consultants LP**
9800 Hillwood Pkwy
Suite 320
Fort Worth, TX 76177-1527
817-961-1288

INVOICE



**LEGACY MEDICAL**
C O N S U L T A N T S

| | |
|---|---|
| **Invoice #:** | 68718 |
| **Invoice Date:** | 04/01/24 |
| **Amount Due:** | $6,462.04 |

**Bill To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

**Ship To:**

H3 Medical Clinic
ATTN: Carlos Ching
1520 W Sunrise Dr
Phoenix, Arizona 85041
United States Of America

| Due Date | Ship Method |
|---|---|
| 05/31/24 | UPS |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 31, 2025 SN(s): 230709-001;  - Note: KS DOS; 4/5/24 | 1 | $6,462.04 | $6,462.04 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10141171358 (UOM = ea) | 1 | $0.00 | $0.00 |

Edited invoice rate to reflect a 67% IMP-PA price. (AF 4/4/24)

| | |
|---|---|
| **Total:** | $6,462.04 |
| **Payments:** | $0.00 |
| **Amount Due:** | $6,462.04 |

We appreciate you trusting us with your business.
Questions? . . .
CustomerService@LegacyMedicalConsultants.com
Phone: (817) 961-1288

To pay online, go to https://app02.us.bill.com/p/legacymedicalconsultants

**H3_0000037**

APP. 044