**From:** Alex Poulemanos <Alex@legacymedicalconsultants.com>
**Sent time:** 02/26/2024 09:31:27 AM
**To:** Mitch Ivey <mivey@prodatamgmt.com>
**Cc:** logan.walker@h3medicalclinic.com; John Groff Jr. <john.groff@h3medicalclinic.com>; Brian Rowan <brian@legacymedicalconsultants.com>
**Subject:** Re: Billing Inquiry

Logan & John,

Making sure you saw the invite that came through over the weekend for a meeting in 30min.  If that time doesn't work please just let us know a few that do.

Thanks!

Alex Poulemanos
Director of National Contracting
Legacy Medical Consultants
702-575-1933

On Feb 23, 2024, at 5:18 AM, Mitch Ivey <mivey@prodatamgmt.com> wrote:

Caution: This e-mail is from an external sender.
Hi Alex and Logan,

I've been out on vacation and am traveling back today. I am available anytime on Monday. Give me some available times and I'll send a Zoom invite.

Mitch

Sent from my iPhone

On Feb 22, 2024, at 7:42 PM, Alex Poulemanos <Alex@legacymedicalconsultants.com> wrote:

Mitch,

Logan Walker (copied) is the biller for H3, one of our fast growing customers.  They are submitting their first round of billing and would just like a quick call to get a few questions answered.  Is there a good time tomorrow? If not what would work Monday? Logan is on MST.

Let me know what works and I will set it up, thanks!

Alex Poulemanos
Director of National Contracting
Legacy Medical Consultants
702-575-1933

**From:** Logan Walker <logan.walker@h3medicalclinic.com>
**Sent:** Thursday, February 22, 2024 3:01 PM
**To:** Alex Poulemanos <Alex@legacymedicalconsultants.com>
**Subject:** Re: Billing Inquiry

You don't often get email from logan.walker@h3medicalclinic.com. Learn why this is important

Caution: This e-mail is from an external sender.
No denials on hand, just looking for some guidance on Q4262 and splitting claims.

EXHIBIT

1-C

GROFF_000061
APP. 045

**From**: "Alex Poulemanos" <Alex@legacymedicalconsultants.com>
**Sent**: 2/22/24 3:03 PM
**To**: "logan.walker@h3medicalclinic.com" <logan.walker@h3medicalclinic.com>
**Cc**: John Groff Jr. <john.groff@h3medicalclinic.com>
**Subject**: Re: Billing Inquiry

Absolutely, let me reach out to a few people and I will get back with a few times shortly.  If there has been any denials or communication from the insurer it will be helpful to have all of that available too.

Thanks!

Alex Poulemanos
Director of National Contracting
Legacy Medical Consultants
702-575-1933

On Feb 22, 2024, at 1:55 PM, Logan Walker <logan.walker@h3medicalclinic.com> wrote:

You don't often get email from logan.walker@h3medicalclinic.com. Learn why this is important

**Caution: This e-mail is from an external sender.**

Hello Alex, John had told me to reach out to you regarding setting up a meeting for some billing questions I have. Is it possible to request or if it's easier to send the questions? My previous email did receive a response but not specifically what I was looking for and I would like to clear any questions or doubts so we may reimburse for the graphs without any issues. I am available anytime if setting up a meeting is an option. Thank you.

**GROFF_000062**

APP. 046