| | |
|---|---|
| **From:** | Nichole Infinger <nichole@legacymedicalconsultants.com> |
| **Sent time:** | 04/01/2024 10:12:44 AM |
| **To:** | Carlos Ching <carlos.ching@h3medicalclinic.com>; John Groff Jr. <john.groff@h3medicalclinic.com> |
| **Cc:** | Alex Poulemanos <Alex@legacymedicalconsultants.com>; New Customer <NewCustomer@legacymedicalconsultants.com> |
| **Subject:** | H3 Medical Clinic |
| **Attachments:** | H3 Medical Clinic -- Ching -- Alex Poulemanos (EE) IMP - PA 68...pdf |

Please see attached countersigned IMP Purchase Agreement for H3 Medical Clinic.


Thanks!

**Nichole Infinger**
**Client Relationship Representative**
**Legacy Medical Consultants**
9800 Hillwood Pkwy, #320
Fort Worth, TX 76177
817.961.1108(Direct)
469.309.0865 (Cell)
Nichole@LegacyMedicalConsultants.com

GROFF_000063

EXHIBIT

1-D

APP. 047

DocuSign Envelope ID: A9FA557E-0272-4508-BB80-A795FB12135E

**LEGACY MEDICAL**
CONSULTANTS

# Customer Onboarding Document

```
                                    Alex Poulemanos
Distributor: _____
Name: _____
Email: _____
Cell: _____
```

## Customer Information

PROVIDER NAME: Carlos A. Ching                     Tax ID #: [REDACTED]

PRACTICE NAME: H3 Medical Clinic LLC

SHIP TO ADDRESS: 1520 w Sunrise Drive    City Phoenix    State Az    Zip 85041

CONTACT NAME: John Groff

CONTACT PHONE: 602-723-2126

TELEPHONE: 725-241-6969

FAX: 949-695-3641

EMAIL: John.Groff@H3Medicalclinic.com

HOW DO YOU BILL?    Individual NPI #: 1417543117    Group NPI #: 1457036592

BILL TO ADDRESS: 1520 W Sunrise Drive    City Phoenix    State Arizona    Zip 85041

AP CONTACT NAME: Logan Walker

AP PHONE: 928-201-6554

AP EMAIL: Logan.Walker@h3Medicalclinic.com

---

### CLAIMS PROCESSOR INFORMATION

CONTACT NAME:                    EMAIL:                    TELEPHONE:

---

**Fax Form to (866) 300-0431 or email to NewCustomer@LegacyMedicalConsultants.com**

**GROFF_000064**

APP. 048

DocuSign Envelope ID: A9FA557E-0272-4508-BB80-A795FB12135E

# Purchase Agreement

This Purchase Agreement (the "Agreement") is entered into as of this ___30___ day of ___March___ , 20__24__ (the "Effective Date") between Legacy Medical Consultants and

Provider Name: _Carlos A Ching_____

Office Address: _1520 w sunrise dr_____

_Phoenix, AZ 85041_____

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A. Customer agrees to fully and accurately report all amounts paid and discounts earned hereunder to Medicare, Medicaid and all other federal and state health care programs and third-party payers as required by the discount safe harbor to the anti-kickback statute, 42 CFR 1001.952(h), and other applicable laws or agreements, and to provide copies of this Agreement and all other applicable information provided by Legacy Medical Consultants related to this Agreement and the amounts paid and discounts earned hereunder to representatives of these programs and other third-party payers upon their request.

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

GROFF_000065
APP. 049

DocuSign Envelope ID: A9FA557E-0272-4508-BB80-A795FB12135E



# Purchase Agreement

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

## Legacy Medical Consultants

Staff Signature: *Brian Rowan*

Staff Name (printed): Brian Rowan

## Customer

Customer Signature: *John Groff*
DocuSigned by:
29B3A6A133ED4CE...

Customer Name (printed): John Groff

LMC Rev 01.01.2024 PA
Page 3|4

**GROFF_000066**
APP. 050


# Schedule A
## Effective 4/1/2024

### Legacy Medical Consultants, LP -- Products and Prices

|  | Part Number | Description | Invoice Price |
|---|---|---|---|
| **IMPAX MEMBRANE** | IMP-0202 | Impax 2x2cm (Q4262) | $807.76 |
| | IMP-0203 | Impax 2x3cm (Q4262) | $1,211.63 |
| | IMP-0404 | Impax 4x4cm (Q4262) | $3,231.02 |
| | IMP-0406 | Impax 4x6cm (Q4262) | $4,846.53 |
| | IMP-0408 | Impax 4x8cm (Q4262) | $6,462.04 |

**GROFF_000067**