| | |
|---|---|
| **From:** | Alex Poulemanos <Alex@legacymedicalconsultants.com> |
| **Sent time:** | 04/25/2024 03:57:13 PM |
| **To:** | John Groff Jr. <john.groff@h3medicalclinic.com> |
| **Subject:** | [EXTERNAL SENDER] Fw: AR Report for April |
| **Attachments:** | image002.png   OrionCaseStudy_v1 TEMPLATE[98].docx |

> *CAUTION: This email originated from outside of this organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.*

John,

Great talking to you today!  Please see attached on case studies, please just do one to start, must be closed completely.  $3500 for an accepted case. It says Orion but Impax is great too.

Below is a list of outstanding invoices/amounts/etc.  If there are billing/collection issues with any please just let me know so I can document.

Thanks!

Alex Poulemanos
Director of National Contracts
***Legacy Medical Consultants***
702-575-1933

---

**From:** Ruby Henry <ruby.henry@legacymedicalconsultants.com>
**Subject:** RE: AR Report for April

Hi Alex -

Please see the list of invoices below that are currently past 60 days.

| DATE | TYPE | NO. | CUSTOMER | MEMO | BALANCE | SALES REP | AMOUNT | STATUS ▲ |
|---|---|---|---|---|---|---|---|---|
| 2/19/24 | Invoice | 63790 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 6 days |
| 2/19/24 | Invoice | 63789 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⚠ Overdue 6 days |
| 2/19/24 | Invoice | 63788 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 6 days |
| 2/19/24 | Invoice | 63787 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⚠ Overdue 6 days |
| 2/9/24 | Invoice | 62853 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 16 days |
| 2/9/24 | Invoice | 62852 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⚠ Overdue 16 days |
| 2/9/24 | Invoice | 62851 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 16 days |
| 2/9/24 | Invoice | 62850 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⚠ Overdue 16 days |
| 2/5/24 | Invoice | 62049 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 20 days |
| 2/5/24 | Invoice | 62048 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⚠ Overdue 20 days |
| 2/5/24 | Invoice | 62047 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 20 days |
| 1/29/24 | Invoice | 61213 | H3 Medical Clinic | | $17,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 27 days Partially paid; $17,340.16 due |
| 1/29/24 | Invoice | 61211 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⚠ Overdue 27 days |
| | Total | | | | $1,475,875.48 | | $1,660,875.48 | |

**EXHIBIT**

**1-E**

exhibitsticker.com

**GROFF_000074**

APP. 052

| DATE | TYPE | NO. | CUSTOMER | MEMO | BALANCE | SALES REP | AMOUNT | STATUS ▲ |
|---|---|---|---|---|---|---|---|---|
| 2/19/24 | Invoice | 63790 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 6 days |
| 2/19/24 | Invoice | 63789 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⊙ Overdue 6 days |
| 2/19/24 | Invoice | 63788 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 6 days |
| 2/19/24 | Invoice | 63787 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⊙ Overdue 6 days |
| 2/9/24 | Invoice | 62853 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 16 days |
| 2/9/24 | Invoice | 62852 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⊙ Overdue 16 days |
| 2/9/24 | Invoice | 62851 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 16 days |
| 2/9/24 | Invoice | 62850 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⊙ Overdue 16 days |
| 2/5/24 | Invoice | 62049 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 20 days |
| 2/5/24 | Invoice | 62048 | H3 Medical Clinic | | $8,430.84 | Alex Poulemanos EE | $8,430.84 | ⊙ Overdue 20 days |
| 2/5/24 | Invoice | 62047 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 20 days |
| 1/29/24 | Invoice | 61213 | H3 Medical Clinic | | $17,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 27 days Partially paid, $17,340.16 due |
| 1/29/24 | Invoice | 61211 | H3 Medical Clinic | | $202,340.16 | Alex Poulemanos EE | $202,340.16 | ⊙ Overdue 27 days |
| | Total | | | | $1,475,875.48 | | $1,660,875.48 | |

GROFF_000075

APP. 053

**ORION**
Amniotic Membrane Allograft

# Case Study

**Orion™ Dual-Layer Allograft**

*Case presented by:* [Name, Title, Practice, Location]

**[Patient age, gender]**
[Patient case history]

**Location: [Location]**
**Wound type: [Type]**
**Weeks to closure: [#]**
**Total number of Impax applications: [#]**

Photo of wound with ruler

*[Image file name]*

Photo of wound with ruler

*[Image file name]*

Size: [L x W x D], volume reduced [X]%
**[WEEK # OR INITIAL DEBRIDEMENT]**
[Description] with application of [AxB cm] Impax.

Size: [L x W x D], volume reduced [X]%
**WEEK [#]** [Description] with application of [AxB cm] Impax.

Photo of wound with ruler

*[Image file name]*

Photo of wound with ruler

*[Image file name]*

Size: [L x W x D], volume reduced [X]%
**WEEK [#]** [Description] with application of [AxB cm] Impax.

Size: [L x W x D], volume reduced [X]%
**WEEK [#]** [Description] with application of [AxB cm] Impax.

Photo of wound with ruler

*[Image file name]*

Photo of wound with ruler

*[Image file name]*

Size: [L x W x D], volume reduced [X]%
**WEEK [#]** [Description] with application of [AxB cm] Impax.

Size: [L x W x D], volume reduced [X]%
**WEEK [#]** [Description] with application of [AxB cm] Impax.

OrionCaseStudy_v1 TEMPLATE[98].docx

**GROFF_000076**
APP. 054