1/12/26, 8:04 AM    mail8.enguard.com/print/printmessage

**H3 / Alex**

5/28/24 10:32 AM

From: "Alex Poulemanos" <Alex@legacymedicalconsultants.com>

To: "Carlos Ching" <carlos.ching@h3medicalclinic.com>,"John Groff Jr." <john.groff@h3medicalclinic.com>

_____

# Microsoft Teams    Need help?

## Join the meeting now

Meeting ID: 271 745 563 680

Passcode: 7iyk49

For organizers: Meeting options

_____

**EXHIBIT**

**1-F**

exhibitsticker.com

1/1

**H3_0000751**
APP. 055