| | |
|---|---|
| **From:** | Michael Miller <michael.miller@levitonlawfirm.com> |
| **Sent time:** | 07/22/2024 09:35:06 AM |
| **To:** | carlos.ching@h3medicalclinic.com; john.groff@h3medicalclinic.com |
| **Subject:** | [EXTERNAL SENDER] Formal Notification: Legacy Medical Consultants, LP / H3 Medical Clinic, LLC #05555337 [ ref:!00D4101MucQ.!500Kc06k8Kw:ref ] |
| **Attachments:** | H3 Medical Clinic -- Ching -- Alex Poulemanos (EE) IMP - PA 40 DNU.pdf    H3 Medical Clinic - Open Invoices.pdf |

*CAUTION: This email originated from outside of this organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.*

Legacy Medical Consultants, LP / H3 Medical Clinic, LLC $3,320,260.64

Mr. Carlos Ching et al.,

Our law firm has been retained to recover the outstanding balance referenced above. Attached please find documentation to support the claim.

Arrangements for the payment of this account must be made immediately in order to avoid potential litigation of this matter. As a courtesy, we will grant you a three-day period to remit payment in full or to contact my office to discuss a payment plan.

Should you fail to respond, our firm will be forced to make a legal recommendation to our client with regard to appropriate steps necessary in order to best mitigate loss and protect their interests. If you would prefer that our law firm communicate with your attorney going forward, please provide your attorney's contact information.

Thank you,

Michael Miller
Senior Account Executive

The Leviton Law Firm
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia

Phone - 847-621-6103 • Fax: 847-781-1031
One Pierce Place, Suite 725W • Itasca • IL 60143

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it.

ref:!00D4101MucQ.!500Kc06k8Kw:ref

**EXHIBIT**

**1-G**

**GROFF_000087**

APP. 056

## LEGACY MEDICAL CONSULTANTS

# Customer Onboarding Document

Distributor: Alex Poulemanos
Name: _____
Email: _____
Cell: _____

## Customer Information

PROVIDER NAME: Carlos A. Ching                    Tax ID #: REDACTED

PRACTICE NAME: H3 Medical Clinic LLC

SHIP TO ADDRESS: 1520 w Sunrise Drive    City Phoenix    State Az    Zip 85041

CONTACT NAME: John Groff

CONTACT PHONE: 602-723-2126

TELEPHONE: 725-241-6969

FAX: 949-695-3641

EMAIL: John.Groff@H3Medicalclinic.com

HOW DO YOU BILL?  Individual NPI #: 1417543117          Group NPI #: 1457036592

BILL TO ADDRESS: 1520 W Sunrise Drive    City Phoenix    State Arizona    Zip 85041

AP CONTACT NAME: Logan Walker

AP PHONE: 928-201-6554

AP EMAIL: Logan.Walker@h3Medicalclinic.com

---

### CLAIMS PROCESSOR INFORMATION

CONTACT NAME:                EMAIL:                TELEPHONE:

---

Fax Form to (866) 300-0431 or email to NewCustomer@LegacyMedicalConsultants.com

GROFF_000088

APP. 057



# Purchase Agreement

This Purchase Agreement (the "Agreement") is entered into as of this <u>07th</u> day of <u>November</u>, 20<u>2023</u> (the "Effective Date") between Legacy Medical Consultants and

Provider Name: <u>Carlos A. Ching</u>

Office Address: <u>1520 West Sunrise Dr.</u>

<u>Phoenix, Arizona 85041</u>

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped.  Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

GROFF_000089
APP. 058



**Purchase Agreement**

Executed as of the Effective Date.

Legacy Medical Consultants

Staff Signature: Amy Bolling
Signer Name: Amy Bolling
Signing Reason: I approve this document
Staff Name (printed): Signing Time: 11/8/2023 | 7:13:27 AM PST
231F56318E614C4FB266F565CEF63205

Customer

Customer Signature: John Groff
Signer Name: John Groff
Signing Reason: I approve this document
Customer Name (printed): Signing Time: 11/7/2023 | 12:42:45 PM PST
05210AB5BEB84094A305570E27B10392

GROFF_000090

APP. 059



# Schedule A
## Effective 10/1/2023

### Legacy Medical Consultants, LP -- Products and Prices

|                 | Part Number | Description          | Invoice Price |
|-----------------|-------------|----------------------|---------------|
| IMPAX MEMBRANE  | IMP-0202    | Impax 2x2cm (Q4262)  | $2,415.17     |
|                 | IMP-0203    | Impax 2x3cm (Q4262)  | $3,622.75     |
|                 | IMP-0404    | Impax 4x4cm (Q4262)  | $9,660.67     |
|                 | IMP-0406    | Impax 4x6cm (Q4262)  | $14,491.01    |
|                 | IMP-0408    | Impax 4x8cm (Q4262)  | $19,321.34    |

**GROFF_000091**

APP. 060

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 04/01/2024 | INVOICE | 68717 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 04/01/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1ZH385A101411713 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 58 | DUE DATE | 05/31/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Dec 31, 2025 SN(s): 230702-002; - Note: KS DOS: 4/4/24 | 1 | 6,462.04 | 6,462.04 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10141171358 (UOM = ea) | 1 | 0.00 | 0.00 |

Edited invoice rate to reflect a 67% IMP-PA price. (AF 4/4/24)

BALANCE DUE     **$6,462.04**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000092**

APP. 061

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 03/25/2024 | INVOICE | 67915 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/25/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1ZH385A101402352 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 82 | DUE DATE | 05/24/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 15, 2029 SN(s): PTT-23-5401-0012; PTT-23-5401-0013;  - Note: KS DOS: 3/28/24 | 2 | 22,482.24 | 44,964.48 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10140235282 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$44,964.48**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000093**

APP. 062

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 03/25/2024 | INVOICE | 67914 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/25/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1ZH385A101402352 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 82 | DUE DATE | 05/24/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 9, 2029 SN(s): PTT-23-5126-0019;  - Note: KS DOS: 3/29/24 | 1 | 22,482.24 | 22,482.24 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10140235282 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                    **$22,482.24**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000094**

APP. 063

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com


LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 03/25/2024 | INVOICE | 67913 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/25/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1ZH385A101402352 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 82 | DUE DATE | 05/24/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 9, 2029 SN(s): PTT-23-5126-0020; PTT-23-5126-0024; PTT-23-5126-0021;  – Note: JE DOS: 3/28/24  ExpDate: Jan 15, 2029 SN(s): PTT-23-5401-0019; PTT-23-5401-0017; PTT-23-5349-0020; PTT-23-5349-0022; PTT-23-5349-0023; | 8 | 22,482.24 | 179,857.92 |
| Shipping | Shipping Charge from Vendor Tracking: 1ZH385A10140235282 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$179,857.92**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000095**

APP. 064

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 03/20/2024 | INVOICE | 67370 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/20/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801675049 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 18 | DUE DATE | 05/19/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Sep 6, 2028 SN(s): SG23BT5983-0008; SG23BT5983-0009; SG23BT5983-0010;  - Note: KS DOS: 3/22/24 | 3 | 22,482.24 | 67,446.72 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80167504918 (UOM = ea) | 1 | 0.00 | 0.00 |

| | | |
|---|---|---|
| | BALANCE DUE | **$67,446.72** |

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000096**

APP. 065

**Legacy Medical Consultants LP
("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 03/18/2024 | INVOICE | 67201 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/18/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801686443 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 37 | DUE DATE | 05/17/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Jan 5, 2029 SN(s): 230819-0015; 230819-0013; 230819-0011;  - Note: KS DOS 3/21/24 | 3 | 22,482.24 | 67,446.72 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80168644337 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                                    **$67,446.72**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000097**

APP. 066

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 03/18/2024 | INVOICE | 67200 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/18/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801686443 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 37 | DUE DATE | 05/17/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Nov 17, 2028 SN(s): 230921-0020;  - Note: JE DOS 3/21/24  ExpDate: Dec 31, 2028 SN(s): 231059-0031; 231059-0032; 231059-0025;  ExpDate: Jan 5, 2029 SN(s): 230819-0014; 231175-0015; 231175-0016; 231071-0027; | 8 | 22,482.24 | 179,857.92 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80168644337 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                                              **$179,857.92**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000098**

APP. 067

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 03/12/2024 | INVOICE | 66552 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/12/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801693213 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 44 | DUE DATE | 05/11/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Dec 16, 2028 SN(s): 230929-0015; 230975-0011; 230975-0013; - Note: KS DOS: 3/14/24 | 3 | 22,482.24 | 67,446.72 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169321344 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$67,446.72**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000099**

APP. 068

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 03/11/2024 | INVOICE | 66180 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/11/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801670549 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 68 | DUE DATE | 05/10/2024 |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Nov 11, 2028 SN(s): SG23BT7753-0004; SG23BT7753-0005; SG23BT7753-0006; – Note: JE DOS: 3/14/24 ExpDate: Dec 6, 2028 SN(s): SG24BT0043-0008; SG24BT0043-0003; SG24BT0064-0003; SG24BT0064-0004; SG24BT0064-0005; | 8 | 22,482.24 | 179,857.92 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80167054968 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$179,857.92**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000100**

APP. 069

**Legacy Medical Consultants LP
("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



**LEGACY MEDICAL**
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 03/11/2024 | INVOICE | 66179 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/11/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801670549 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 68 | DUE DATE | 05/10/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 6, 2028 SN(s): SG24BT0061-0003; SG24BT0061-0004; SG24BT0061-0005; SG24BT0061-0006; SG24BT0061-0007; SG24BT0061-0008; SG24BT0061-0009; SG24BT0061-0010; SG24BT0058-0007;  - Note: AB DOS: 3/14/24 | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80167054968 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

GROFF_000101

APP. 070

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 03/04/2024 | INVOICE | 65515 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/04/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801612156 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 70 | DUE DATE | 05/03/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Oct 15, 2028 SN(s): SG23BT6983-0003; SG23BT6983-0004; SG23BT6983-0005; SG23BT6983-0006; SG23BT6983-0007; SG23BT6983-0008; SG23BT6982-0003; SG23BT6982-0004; SG23BT6982-0005; - Note: JE DOS: 3/7/24 | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161215670 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                    **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000102**

APP. 071

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com


LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 03/04/2024 | INVOICE | 65514 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/04/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801612156 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 70 | DUE DATE | 05/03/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Oct 15, 2028 SN(s): SG23BT6982-0006; - Note: AB DOS: 3/7/24 ExpDate: Oct 11, 2028 SN(s): SG23BT6845-0003; SG23BT6845-0004; ExpDate: Oct 18, 2028 SN(s): SG23BT7072-0005; SG23BT7072-0006; SG23BT7072-0007; SG23BT7088-0007; SG23BT7088-0008; SG23BT7088-0009; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161215670 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                    **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000103**

APP. 072

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 03/04/2024 | INVOICE | 65513 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 03/04/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801612156 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 70 | DUE DATE | 05/03/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jun 17, 2028 SN(s): SG23BT3480-0011; SG23BT3480-0012;  – Note: AB DOS: 3/7/24 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80161215670 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$8,430.84**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

GROFF_000104

APP. 073

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/26/2024 | INVOICE | 64706 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/26/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801635202 10 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | DUE DATE | 04/26/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 2, 2028 SN(s): SG23BT8243-0003;  - Note: JE DOS: 2/29/24  ExpDate: Nov 24, 2028 SN(s): SG23BT8025-0007; SG23BT8150-0003; SG23BT8150-0004; SG23BT8150-0005; SG23BT8150-0006; SG23BT8025-0003; SG23BT8025-0004; SG23BT8025-0005; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163520210 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE     **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging — free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000105**

APP. 074

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 02/26/2024 | INVOICE | 64705 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/26/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801635202 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 10 | DUE DATE | 04/26/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Dec 6, 2028 SN(s): SG24BT0072-0004; SG24BT0043-0005; SG24BT0043-0006;  - Note: AB DOS: 2/29/24 ExpDate: Nov 24, 2028 SN(s): SG23BT8025-0006; SG23BT8068-0003; SG23BT8068-0004; SG23BT8068-0005; SG23BT8068-0006; SG23BT8068-0007; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163520210 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                                      **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000106**

APP. 075

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/26/2024 | INVOICE | 64704 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/26/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801635202 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 10 | DUE DATE | 04/26/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jul 14, 2028 SN(s): SG23BT3967-0018; SG23BT3967-0019;  - Note: AB DOS: 2/29/24 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163520210 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE $8,430.84

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000107**

APP. 076

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 02/19/2024 | INVOICE | 63790 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/19/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801632592 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 90 | DUE DATE | 04/19/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 10, 2028 SN(s): SG23BT5741-0003; SG23BT5741-0007; - Note: JE DOS: 02/22/2024  ExpDate: Sep 16, 2028 SN(s): SG23BT6520-0005; SG23BT6520-0006; SG23BT6519-0005; SG23BT6519-0003; SG23BT6519-0004; SG23BT6520-0008; SG23BT6520-0007; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                                                 **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

GROFF_000108

APP. 077

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/19/2024 | INVOICE | 63789 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/19/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801632592 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 90 | DUE DATE | 04/19/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jul 20, 2028 SN(s): SG23BT4473-0018; SG23BT4420-0016;  - Note: JE DOS: 02/22/2024 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE    **$8,430.84**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000109**

APP. 078

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 02/19/2024 | INVOICE | 63788 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/19/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801632592 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 90 | DUE DATE | 04/19/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Aug 11, 2028 SN(s): SG23BT5734-0006; - Note: AB DOS: 02/22/2024 ExpDate: Oct 20, 2028 SN(s): SG23BT7130-0005; ExpDate: Sep 17, 2028 SN(s): SG23BT6162-0004; SG23BT6162-0005; SG23BT6162-0006; ExpDate: Mar 20, 2028 SN(s): SG23BT1613-0006; SG23BT1631-0004; SG23BT1631-0003; SG23BT1613-0009; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000110**

APP. 079

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 02/19/2024 | INVOICE | 63787 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/19/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801632592 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 90 | DUE DATE | 04/19/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Jul 20, 2028 SN(s): SG23BT4473-0014; SG23BT4473-0012;  - Note: AB DOS: 02/22/2024 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163259290 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE    **$8,430.84**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging — free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

GROFF_000111

APP. 080

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 02/09/2024 | INVOICE | 62853 |
|---------|---------|-----------|------------|---------|-------|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/09/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801699388 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 21 | DUE DATE | 04/09/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|-------------|-----|------|--------|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 13, 2028 SN(s): SG23BT5149-0006; SG23BT5149-0004; - Note: JE DOS: 2/15/24  ExpDate: Aug 9, 2028 SN(s): SG23BT5084-0008; SG23BT5084-0007; SG23BT5084-0006;  ExpDate: Aug 6, 2028 SN(s): SG23BT4909-0005; SG23BT4909-0006; SG23BT4909-0007; SG23BT4909-0008; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                                                  **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000112**

APP. 081

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com


LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 02/09/2024 | INVOICE | 62852 |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/09/2024 |
| H3 Medical Clinic | H3 Medical Clinic | TRACKING# | 1Z515YA801699388 | TERMS | Net 60 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | | 21 | DUE DATE | 04/09/2024 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 19, 2028 SN(s): SG23BT6201-0012; SG23BT6201-0011;  - Note: JE DOS: 2/15/24 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                                           **$8,430.84**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000113**

APP. 082

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/09/2024 | INVOICE | 62851 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/09/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801699388 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 21 | DUE DATE | 04/09/2024 |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Aug 6, 2028 SN(s): SG23BT4977-0003; SG23BT4977-0004; SG23BT4977-0005; SG23BT4977-0006; SG23BT4977-0007; SG23BT4977-0008; SG23BT4977-0009; SG23BT4909-0003; SG23BT4909-0004; - Note: AB DOS: 2/15/24 | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000114**

APP. 083

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/09/2024 | INVOICE | 62850 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/09/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801637984 03 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | DUE DATE | 04/09/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea)  ExpDate: Sep 19, 2028 SN(s): SG23BT6201-0010; SG23BT6201-0009;  - Note: AB DOS: 2/15/24 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80169938821 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$8,430.84**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

GROFF_000115

APP. 084

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

# INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/05/2024 | INVOICE | 62049 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/05/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801630676 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 49 | DUE DATE | 04/05/2024 |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Aug 10, 2028 SN(s): SG23BT5077-0004; SG23BT5077-0003; – Note: AB DOS: 2/8/24 ExpDate: Aug 7, 2028 SN(s): SG23BT5034-0003; SG23BT5040-0005; SG23BT5040-0006; SG23BT5040-0007; SG23BT5040-0008; SG23BT5040-0009; SG23BT5046-0003; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000116**

APP. 085

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/05/2024 | INVOICE | 62048 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/05/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801630676 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 49 | DUE DATE | 04/05/2024 |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0203 | Impax Amniotic Membrane 2x3cm Q4262 (UOM = ea) ExpDate: Aug 31, 2028 SN(s): SG23BT5859-0014; SG23BT5859-0016; – Note: AB DOS: 2/8/24 | 2 | 4,215.42 | 8,430.84 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE **$8,430.84**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

Page 1 of 1

**GROFF_000117**

APP. 086

H3 Medical Clinic - Open Invoices.pdf

**Legacy Medical Consultants LP
("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 02/05/2024 | INVOICE | 62047 | |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 02/05/2024 | |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801630676 | TERMS | Net 60 | |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | 49 | DUE DATE | 04/05/2024 | |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Aug 10, 2028 SN(s): SG23BT5077-0006; SG23BT5077-0005; SG23BT5088-0003; SG23BT5088-0005; SG23BT5088-0006; SG23BT5101-0003; SG23BT5101-0004; SG23BT5101-0005; SG23BT5101-0007;  - Note: JE DOS: 2/8/24 | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80163067649 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000118**

APP. 087

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177-1527
+18179611288
ReceivablesMgmt@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 01/29/2024 | INVOICE | 61213 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 01/29/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801625523 85 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | DUE DATE | 03/29/2024 |
| Phoenix, Arizona 85041 US | Phoenix, Arizona 85041 US | | | | |

SALES REP
Alex Poulemanos EE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea) ExpDate: Nov 17, 2028 SN(s): SG23BT7845-0011; SG23BT7845-0010; SG23BT7845-0009; SG23BT7845-0008; - Note: JE DOS: 2/1/24 ExpDate: Nov 26, 2028 SN(s): SG23BT8141-0003; SG23BT8145-0007; SG23BT8145-0006; SG23BT8145-0005; SG23BT8145-0004; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80162552385 (UOM = ea) | 1 | 0.00 | 0.00 |

| | | |
|---|---|---|
| PAYMENT | | 185,000.00 |
| BALANCE DUE | | **$17,340.16** |

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging—free of writing or damage, for full credit on the customer's account. Product returned after 90 days will not be accepted or refunded. Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

GROFF_000119

APP. 088

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320

Fort Worth, TX  76177-1527

+18179611288

ReceivablesMgmt@LegacyMedicalConsultants.com

www.LegacyMedicalConsultants.com



LEGACY MEDICAL
C O N S U L T A N T S

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| H3 Medical Clinic | H3 Medical Clinic | SHIP DATE | 01/29/2024 | INVOICE | 61211 |
| H3 Medical Clinic | H3 Medical Clinic | SHIP VIA | UPS | DATE | 01/29/2024 |
| ATTN: Carlos Ching | ATTN: Carlos Ching | TRACKING# | 1Z515YA801625523 85 | TERMS | Net 60 |
| 1520 W Sunrise Dr | 1520 W Sunrise Dr | | | DUE DATE | 03/29/2024 |
| Phoenix, Arizona  85041 US | Phoenix, Arizona  85041 US | | | | |

SALES REP

Alex Poulemanos EE

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| IMP-0408 | Impax Amniotic Membrane 4x8cm Q4262 (UOM = ea)  ExpDate: Oct 25, 2028 SN(s): SG23BT7233-0010;  - Note: AB DOS: 2/1/24  ExpDate: Oct 31, 2028 SN(s): SG23BT7457-0010; SG23BT7457-0009;   ExpDate: Oct 19, 2028 SN(s): SG23BT7067-0003; SG23BT7100-0010;   ExpDate: Oct 24, 2028 SN(s): SG23BT7239-0004; SG23BT7239-0003; SG23BT7239-0008; SG23BT7239-0007; | 9 | 22,482.24 | 202,340.16 |
| Shipping | Shipping Charge from Vendor Tracking: 1Z515YA80162552385 (UOM = ea) | 1 | 0.00 | 0.00 |

BALANCE DUE                    **$202,340.16**

Product Returns: Product may be returned within 90 Calendar Days of shipment date, unopened, in its original packaging – free of writing or damage, for full credit on the customer's account.  Product returned after 90 days will not be accepted or refunded.  Contact Customer Service at (817)961-1288 or customerservice@legacymedicalconsultants.com for a return shipping label.

**GROFF_000120**

APP. 089