IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LEGACY MEDICAL CONSULTANTS, LP        §
                                      §
    *Plaintiff,*                         §
                                      §
v.                                    §    Civil Action No. 4:25-cv-00874-O
                                      §
CARLOS CHING D/B/A H3 MEDICAL         §
CLINIC, LLC,                          §
                                      §
    *Defendant.*                         §

## <u>UNSWORN DECLARATION OF MICHAEL ACKERMAN</u>

STATE OF TENNESSEE        §
                          §
COUNTY OF KNOX            §

Pursuant to 28 U.S.C. Section 1746, I hereby declare as follows:

1. "My name is Michael Ackerman. I have never been convicted of a felony or a crime of moral turpitude, and I am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I am an attorney of record for the Defendant Carlos Ching d/b/a H3 Medical Clinic, LLC ("Defendant") in the above-referenced lawsuit ("Lawsuit").

3. A true and correct copy of Defendant's Initial Disclosures, which was served on Plaintiff Legacy Medical Consultants, LP ("Plaintiff") on September 12, 2025, is attached hereto as **Exhibit 2-A.**

4. On October 30, 2025, Plaintiff served on Defendant, through counsel, thirty-one requests for production, twenty-seven requests for admission, and twenty interrogatories.

---

UNSWORN DECLARATION OF MICHAEL ACKERMAN                                    Page 1

**EXHIBIT**

**2**

APP. 090

5.     A true and correct copy of Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, which was served on Plaintiff on December 15, 2025, is attached hereto as **Exhibit 2-B.**

6.     A true and correct copy of Defendant's Objections and Responses to Plaintiff's First Set of Requests for Admissions, which was served on Plaintiff on December 15, 2025, is attached hereto as **Exhibit 2-C.**

7.     I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 27th day of February 2026.

_____
Michael Ackerman

UNSWORN DECLARATION OF MICHAEL ACKERMAN                                             Page 2