IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00874-O |
| | § | |
| CARLOS CHING D/B/A H3 MEDICAL | § | |
| CLINIC, LLC, | § | |
| | § | |
| *Defendant.* | § | |

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendant Carlos Ching d/b/a H3 Medical Clinic, LLC, serves these Initial Disclosures:

**(i)     Individuals**

The following individuals are likely to have discoverable information that Defendant may use to support his claims or defenses for uses other than impeachment:

| Name | Address/Phone | Subjects of Information |
|---|---|---|
| Carlos Ching | c/o Jordan Parker<br>CANTEY HANGER LLP<br>600 W. 6th Street, Suite 300<br>Fort Worth, Texas 76102<br>817.877.2800 | The contract on which Plaintiff's claims are based;<br><br>The illegality of the contract, the parties' involvement in a federally prosecuted conspiracy, and the related criminal cases;<br><br>Defendant's position in response to Plaintiff's allegations in this lawsuit |
| Representatives of Legacy Medical Consultants, LP | c/o Audrey F. Momanaee, Gregory J. Moore<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>713.632.8613 | The contract on which Plaintiff's claims are based;<br><br>Plaintiff's position on the illegality of the contract, the parties' involvement in a federally |

EXHIBIT

2-A

APP. 092

| | | prosecuted conspiracy, and the related criminal cases |
|---|---|---|
| Stephen Knutz | c/o Audrey F. Momanaee, Gregory J. Moore<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>713.632.8613 | The contract on which Plaintiff's claims are based;<br><br>Plaintiff's position on the illegality of the contract, the parties' involvement in a federally prosecuted conspiracy, and the related criminal cases |
| Kimberly R. Bini | c/o Audrey F. Momanaee, Gregory J. Moore<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>713.632.8613 | The contract on which Plaintiff's claims are based;<br><br>Plaintiff's position on the balance allegedly owed by Defendant |
| Amy Bolling | c/o Audrey F. Momanaee, Gregory J. Moore<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>713.632.8613 | The contract on which Plaintiff's claims are based, which Ms. Bolling signed on behalf of Plaintiff |
| John Groff | c/o Jordan Parker<br>CANTEY HANGER LLP<br>600 W. 6th Street, Suite 300<br>Fort Worth, Texas 76102<br>817.877.2800 | The contract on which Plaintiff's claims are based, which Mr. Groff signed on behalf of H3 Medical Clinic, LLC |
| Logan Walker | c/o Jordan Parker<br>CANTEY HANGER LLP<br>600 W. 6th Street, Suite 300<br>Fort Worth, Texas 76102<br>817.877.2800 | Invoicing and the balance allegedly owed by Defendant |
| Any individual identified in Plaintiff's Initial Disclosures | | |

2

APP. 093

**(ii)     Documents**

The following documents, electronically stored information, and tangible things are within Defendant's possession, custody, or control and may be used to support Defendant's claims or defenses for uses other than impeachment:

- Relevant correspondence;

- Contract documents and related forms,

- Invoices and materials relating to products and pricing;

- Public documents from the criminal action against Mr. Ching, including indictments and plea agreements, as well as documents from other criminal cases against co-conspirators.

Defendant anticipates making document productions and will update these disclosures accordingly.

**(iii)     Computation of Damages**

Defendant is not claiming damages at this time.

**(iv)     Insurance**

There is no insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

*          *          *

Defendant reserves his right to amend and supplement these disclosures in accordance with the Federal Rules of Civil Procedures.

APP. 094

Respectfully submitted,

*/s/ Jordan M. Parker*
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com

CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone
(817) 877-2807  Facsimile

**ATTORNEYS FOR DEFENDANT**

4

## CERTIFICATE OF SERVICE

On September 12, 2025, a true and correct of the foregoing document was served on counsel of record via email, pursuant to the consent of the parties and Federal Rule of Civil Procedure 5(b)(2)(E).

 /s/ Jordan M. Parker
Jordan M. Parker

APP. 096