**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **Civil Action No.  4:25-CV-00874-O** |
| **CARLOS CHING** | § § § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendant Carlos Ching's Unopposed Motion for Leave to Attend Mediation Remotely (ECF No. 49). Having considered the Motion, and noting it is unopposed, the Court finds good cause for the Motion to be **GRANTED**. It is therefore **ORDERED** that the Defendant Ching is granted leave to participate in the mediation remotely.

**SO ORDERED** on this **2nd day** of **June 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1