# EXHIBIT 1

## DECLARATION OF JOHN GROFF

My name is John Groff, and I hereby declare as follows:

1. I am a Defendant in cause no. 4:25-cv-00874-O (the "Lawsuit"). I am over the age of eighteen years, am of sound mind, and am capable of making this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I reside in the State of Arizona and intend to remain there.

3. I do not reside in the State of Texas and do not intend to reside there in the future. I do not routinely travel to Texas. I do not own real property or personal property located in Texas. I do not transact business in Texas.

4. I was formerly employed by H3 Medical Clinic, LLC ("H3"). H3 was or is organized under the laws of the State of Arizona, and its principal place of business was or is in Arizona.

5. I communicated with representatives of Legacy Medical Consultants, LP ("Legacy") while I was located in Arizona or in Las Vegas, Nevada. The Legacy representative with whom I primarily dealt was Alex Poulemanos. When I met with Alex, Alex was in Las Vegas. I never traveled to Texas to communicate with Legacy, to sign a contract with Legacy, to retrieve products from Legacy, or to make payment to Legacy.

6. I did not receive any products in my individual capacity. At all times in relation to Legacy and H3's relationship, I acted as an employee and representative of H3 or Carlos Ching and never acted on my own behalf. I did not enter into any contractual agreement on my own behalf.

7. I am not a medical doctor, and I have no medical training.

APP. 001

**001**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Maricopa County, Arizona on June 11, 2026

John Groff

**002**

# Customer Onboarding Document

## EXHIBIT 2

**LEGACY MEDICAL CONSULTANTS**

┌─────────────────────────────────────────┐
│          Alex Poulemanos                 │
│ Distributor:_____│
│ Name:_____│
│ Email:_____│
│ Cell:_____│
└─────────────────────────────────────────┘

## Customer Information

PROVIDER NAME: Carlos A. Ching                      Tax ID #: 85-3791167

PRACTICE NAME: H3 Medical Clinic LLC

SHIP TO ADDRESS: 1520 W Sunrise Drive     City Phoenix     State Az     Zip 85041

CONTACT NAME: John Groff

CONTACT PHONE: 602-723-2126

TELEPHONE: 725-241-6969

FAX: 949-695-3641

EMAIL: John.Groff@H3Medicalclinic.com

HOW DO YOU BILL?   Individual NPI #: 1417543117     Group NPI #: 1457036592

BILL TO ADDRESS: 1520 W Sunrise Drive     City Phoenix     State Arizona     Zip 85041

AP CONTACT NAME: Logan Walker

AP PHONE: 928-201-6554

AP EMAIL: Logan.Walker@h3Medicalclinic.com

┌──────────────────────────────────────────────────────────────────┐
│                  CLAIMS PROCESSOR INFORMATION                      │
│                                                                    │
│ _____   │
│ CONTACT NAME:          EMAIL:                    TELEPHONE:        │
└──────────────────────────────────────────────────────────────────┘

**Fax Form to (866) 300-0431 or email to NewCustomer@LegacyMedicalConsultants.com**

**003**

CONFIDENTIAL

LMC_Ching-000075