**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 4:25-CV-00874-O** |
| | § | |
| **v.** | § | |
| | § | |
| **CARLOS CHING D/B/A H3 MEDICAL CLINIC,** | § | |
| **LLC AND JOHN GROFF,** | § | |
| | § | |
| **Defendants.** | § | |

## RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JOHN GROFF

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff Legacy Medical Consultants, LP, and Defendant John Groff, as follows:

1. All claims against Defendant John Groff are hereby dismissed with prejudice.

2. Each of the undersigned parties shall bear their own costs and fees.

Dated: June 18, 2026.

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Audrey F. Momanaee Federal Bar No. 724132
Texas Bar No. 24055993
Gregory J. Moore (admitted *pro hac vice*) Texas
Bar No. 24055999
717 Texas Avenue,
Suite 1400
Houston, TX 77002
713.632.8613
Audrey.Momanaee@BlankRome.com
Gregory.Moore@BlankRome.com

-and-

Megan A. Altobelli (local counsel) Texas Bar No. 24107116
200 Crescent Court, #1000
Dallas, Texas 75201
(972) 850-1467
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Scott Lindsey (with permission)*
Scott Lindsey
State Bar No. 24036969
slindsey@bpwlaw.com

BOYD POWERS WILLIAMSON
300 Throckmorton Street, Suite 620
Fort Worth, Texas 76102
(817) 887-8147  Telephone

**ATTORNEYS FOR DEFENDANT
JOHN GROFF**


## CERTIFICATE OF SERVICE

I certify that on June 18 2026, a true and correct copy of the foregoing document was served on parties and counsel via the Court's CM/ECF filing system.

*/s/Megan A. Altobelli*
Megan A. Altobelli